IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERROL F. JAMES, II              :        CIVIL ACTION

        vs.                     :

MICHAEL J. ASTRUE,              :        NO. 11-CV-253
Commissioner of the
Social Security Administration


ORDER


AND NOW, this   2nd    day of February, 2012, upon consideration of the plaintiff's request for review, defendant's response thereto, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and the plaintiff's objections thereto and the defendant's response to plaintiff's objections, it is hereby ORDERED that:

1.  The Report and Recommendation is APPROVED and
    ADOPTED;

2.  Plaintiff's Request for Review is DENIED.


BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.